UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: BRIAN R. MARTINOTTI      Date: 06/22/2021
Court Reporter: Meghan McKay Soule     Docket No: 2:20-cr-185-02

<u>Title of the Case:</u>

UNITED STATES OF AMERICA
v.
CARL BROWN

<u>Appearances:</u>

Francesca Liquori, AUSA
Laura Gasiorowski, Attorney for Defendant
Joanne Young, USPO

<u>Nature of Proceedings</u>:

Defendant present & sworn
Order Regarding Use of Video Conferencing fld.
SENTENCE: 44 Months on each of Count 1 & 2 of the Superseding Information, to run concurrent
SUPERVISED RELEASE: 3 Years on each of Counts 1 & 2, to run concurrent
Special Assessment: $200 (due immediately)
Special Conditions:
·     Consent to Search
·     Life Skills/Education
·     Drug Testing & Treatment
·     Gambling Restriction/Registration in Exclusion List
·     Support Dependents
·     No Gangs
Fine: WAIVED
Recommendation to BOP: a facility for service of this sentence close to defendant's family/home & Participation in RDAP while in the custody of BOP.
Hearing on Govt's application to Dismiss 3rd Superseding Indictment. Court ordered application granted.
Defendant was advised of his right to appeal.

Hearing on Govt's application to dismiss the 3rd Superseding Indictment. Court Ordered application granted.
Court Ordered Deft Remanded.

                                                Lissette Rodriguez, Courtroom Deputy
                                                to the Hon. Brian R. Martinotti

Commenced: 1:30 pm
Concluded:   2:30 pm